983 So.2d 1272 (2008)
STATE of Louisiana
v.
Stephen SINGER.
No. 2008-OK-0540.
Supreme Court of Louisiana.
June 20, 2008.
In re Singer, Stephen;  Defendant; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Orleans Parish Criminal District Court, Magistrate Court, Div. 5, No. M481678; Criminal District Court Div. K, Nos. 00; to the Court of Appeal, Fourth Circuit, No. 2007-K-1624.
Denied.
CALOGERO, C.J., would grant.
KIMBALL, J., would grant.
VICTORY, J., would grant.